[No. 12216-6-III.   Division Three.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-8-00268-5, David S. Edwards, J. Pro Tem.,

entered January 29, 1992. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ. Now published at 71 Wn. App. 1